Sally Scianna, Plaintiff-Appellant, v. Thomas Scianna, Defendant-Appellee.

Gen. No. 48,685. 

First District, Second Division.

May 9, 1962.

Ebert &
Seib, of Chicago, for appellant; Licastro & Licastro, of Chicago,
for appellee. Opinion by MR. JUSTICE BURKE. **Not to be pub-
lished in full.**